**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DANNY LEE HOOPER　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #107609

V.　　　　　　　　　　NO: 2:12CV00048 SWW/HDY

WESLEY JAMISON *et al.*　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant portion of the record in this case, see 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction (docket entry #15) is DENIED.

DATED this 31st day of July, 2012.

　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE