**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DANNY LEE HOOPER                                                                    PLAINTIFF
ADC #107609

V.                                         NO: 2:12CV00048 SWW/HDY

WESLEY JAMISON *et al.*                                                        DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

[doc.#40] submitted by United States Magistrate Judge H. David Young.  No objections have been

filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (docket

entry #24) is DENIED.

DATED this 26th day of March, 2013.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE