# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DANNY LEE HOOPER                                                                 PLAINTIFF
ADC #107609

V.                        NO: 2:12CV00048 SWW/HDY

WESLEY JAMISON *et al.*                                             DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition [doc.#43] submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed to jury trial on his claims against Defendants Wesley Jamison and Marion Smith.

2. Plaintiff's claims against Defendants Wallace McNary and Brenda Perry are DISMISSED WITH PREJUDICE, and McNary and Perry are removed as party Defendants.

DATED this 26th day of March, 2013.

                                                     /s/Susan Webber Wright

                                                     UNITED STATES DISTRICT JUDGE