**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DANNY LEE HOOPER　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #107609

V.　　　　　　　　　　　　NO: 2:12CV00048 SWW/HDY

WESLEY JAMISON *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received from Plaintiff a document objecting to certain orders and filings in this case. Because Plaintiff is represented by counsel, the Clerk is directed to forward the document to Plaintiff without filing it.[1]

IT IS SO ORDERED this __12__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's document also requests that his appointed counsel be dismissed, and that Court appoint one of two attorneys suggested by Plaintiff. There is no reason for the Court to believe Plaintiff's attorney should be dismissed. If Plaintiff wishes to proceed *pro se*, he may file a specific motion to dismiss his attorney. However, Plaintiff is not entitled to select a different attorney.