**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DANNY LEE HOOPER                                                                    PLAINTIFF
ADC #107609

vs.                                    NO.  2:12CV00048 SWW

WESLEY JAMISON, ET AL                                                          DEFENDANTS

### JUDGMENT ON JURY VERDICT

This action came on for trial January 26, 2015, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict on January 27, 2015; now therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that plaintiff Danny Lee Hooper takes nothing on his complaint against defendants Wesley Jamison and Marion Smith, and that the complaint herein be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED this 29th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE